JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM BARR, Attorney General,<br><br>　　　　　Respondent. | Case No. 2:20-cv-04196-JAK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice And Denying As Moot Application To Proceed In Forma Pauperis, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: June 12, 2020

_____
JOHN A. KRONSTADT
United States District Judge